E-FILED
Tuesday, 21 March, 2023  12:54:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JENNIFER MICHELLE JESSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 23-1017 |
| | ) | |
| DEREK GILNA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **MERIT REVIEW ORDER**

Plaintiff, proceeding pro se and presently incarcerated at FCI Pekin, was granted leave to proceed *in forma pauperis*. The case is now before the Court for a merit review of Plaintiff's claims. The Court must "screen" Plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. 28 U.S.C. § 1915A. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.*

The Court accepts the factual allegations as true, liberally construing them in the plaintiff's favor. *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013). Conclusory statements and labels are insufficient—the facts alleged must "state a claim for relief that is plausible on its face." *Alexander v. U.S.*, 721 F.3d 418, 422 (7th Cir. 2013) (citation omitted).

Plaintiff is presently incarcerated at the Federal Prison Camp in Pekin, Illinois. She alleges that she contracted with Defendant Gilna, a former attorney she later learned had been disbarred, to file a petition for compassionate release on her behalf. Plaintiff alleges that her

sister paid Defendant Gilna $1000.00 as part of the deal, but that Defendant Gilna did not file the petition.

Plaintiff alleges a breach of contract claim for which her remedy would be under state law. No plausible inference arises that Defendant Gilna violated Plaintiff's constitutional rights, that he is a state actor for purposes of § 1983, or that he is a federal agent for purposes of any claim that may exist under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court finds that Plaintiff fails to state a federal claim under which relief can be granted.

Plaintiff's complaint is dismissed with leave to renew as directed below to permit Plaintiff the opportunity to clarify her allegations and provide any additional information she desires the Court to consider.

**IT IS THEREFORE ORDERED:**

1) **Plaintiff's complaint is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A. Plaintiff shall have 30 days from the entry of this order to file an amended complaint. Failure to file an amended complaint will result in the dismissal of this case, without prejudice, for failure to state a claim. Plaintiff's amended complaint will replace Plaintiff's original complaint in its entirety. The amended complaint must contain all allegations against all Defendants. Piecemeal amendments are not accepted.**

2) **Clerk is directed to send Plaintiff a blank complaint form.**

Entered this 21st day of March, 2023.

_____
*s/Sara Darrow*
SARA DARROW
CHIEF U.S. DISTRICT JUDGE